KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK OWENS (CSBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-7031
    Fax:  (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR No.: 06-70121 BZ |
|                                      ) | |
|         Plaintiff,      ) | STIPULATION AND |
|                                      ) | <u>ORDER EXCLUDING TIME</u> |
|    v.      ) | |
| RAFAEL GOMEZ RUVALCABA,      ) | |
|         Defendant.      ) | |

    On March 24, 2006, the parties in this case appeared before the Court for a preliminary hearing.  At that time, the parties requested and the Court agreed to continue the hearing to April 7, 2006.  The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from March 24, 2006, to and including April 7, 2006. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.  Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties represented that granting the continuance was the reasonable time

Stipulation and [Proposed] Order

necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                       KEVIN V. RYAN
                                       United States Attorney

DATED: __3/24/2006__          /s/ Derek Owens
                                       _____
                                       DEREK OWENS
                                       Special Assistant United States Attorney

DATED: __3/27/2006__          /s/ Daniel Blank
                                       _____
                                       DANIEL BLANK
                                       Federal Public Defender

    For the reasons stated above, the Court finds that an exclusion of time from March 24, 2006, to and including April 7, 2006, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny Mr. Ruvalcaba continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: March 31, 2006                           _/s/ Bernard Zimmerman_____
                                                BERNARD ZIMMERMAN
                                                United States Magistrate Judge

Stipulation and [Proposed] Order