FILED
06 APR 17 PM 2:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>RAFAEL GOMEZ RUVALCABA,<br>　　　　　　Defendant. | No. CR 06-0244 MAG<br><br>ORDER RELEASING DEFENDANT |

TO: United States Marshal Service and Santa Rita Jail.

This matter came on for sentencing on April 17, 2006. This Court sentenced the defendant to the time that he has already served. Accordingly, he is hereby ordered released from the custody of the United States Marshal Service.

IT IS SO ORDERED.

DATED: 4-17-06

JAMES A. LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE